**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00937-CR

**FELIX SAM ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-1445368-H**

## ORDER

Appellant's Motion to Request to Supplement Direct Appeal by Court Appointed Attorney filed August 18, 2016 is hereby **DENIED**.


/s/    MOLLY FRANCIS
        JUSTICE